206

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DELTA K. GROVES, Defendant-Appellant.

(No. 74-37; ▮▮▮▮▮▮▮▮▮

Fifth District—September 5, 1974.

Robert E. Farrell and Richard E. Cunningham, both of State Appellate Defender's Office, of Mt. Vernon, for appellant.

Robert H. Howerton, State's Attorney, of Marion, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CHARLES WHITE, Defendant-Appellant.

(No. 74-6; ▮▮▮▮▮▮▮▮▮

Fifth District—September 11, 1974.